1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.  2:12-cr-0079 LKK |
|---|---|
| Plaintiff, | ) |
| | ) **STATUS CONFERENCE ORDER** |
| v. | ) |
| FELIPE SOLIS, | ) |
| Defendant. | ) |

    A hearing was held in open court on March 13, 2012.  The defendant was present but without counsel.  Assistant Federal Defender Matthew Bockman stood in for the purpose of the hearing.  Richard Bender, Asst. U.S. Attorney represented the United States.  The matter was put over for one week (to March 20, 2012 at 9:15 a.m.) for the defendant to either retain counsel or determine that he wants appointed counsel.  The Federal Defender's Office is also to follow up to see that the defendant has counsel (retained or appointed) by that status conference.

    Also pending is a Notice of Related Case and the Court indicated that it would check on the status of that pending notice.

1

1    Time was excluded under the Speedy Trial Act from March 13,
2 2012, to March 20, 2012, to allow the defendant to obtain counsel
3 pursuant to 18 U.S.C. § 3161(h)(7)(A) (ends of justice - to allow the
4 defendant to secure counsel).
5    IT IS SO ORDERED.

7 Dated: March 14, 2012

   _____
8  LAWRENCE K. KARLTON
   SENIOR JUDGE
9  UNITED STATES DISTRICT COURT