1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  FELIPE SOLIS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,      ) Case No. 2:12-cr-0079 MCE
12                                 )
                  Plaintiff,       ) **AMENDED** STIPULATION AND ORDER
13                                 ) CONTINUING CASE
        v.                         )
14                                 ) Date:  March 22, 2012
   FELIPE SOLIS,                   ) Time:  9:00 a.m.
15                                 ) Judge: Morrison C. England, Jr.
                  Defendant.       )
16                                 )
                                   )
17 _____     )

18      IT IS HEREBY STIPULATED by and between the United States of

19 America through Richard Bender, Assistant United States Attorney,

20 and FELIPE SOLIS, by and through his counsel, Jeffrey L. Staniels,

21 Assistant Federal Defender, that the status conference in the above

22 captioned case now set for March 22, 2012, be vacated and re-

23 calendared for May 3, 2012, at 9:00 a.m.

24 ///

25 ///

26 ///

27 ///

28 ///

1       This continuance is jointly agreed to in light of the very

2   recent appointment of the Office of the Federal Defender on March

3   19, 2012, and the representation by Mr. Bender that "voluminous"

4   discovery, which he has agreed to provide by the end of this week

5   subject to initial constraints already agreed to by undersigned

6   counsel, needs to be assembled and made available.    Informal

7   discussion makes clear that an opportunity to review discovery and

8   confer with the defendant is necessary in order to obtain a grasp

9   of the nature of the case and to evaluate what investigation,

10  possible motions, and other defense preparation is necessary.  Mr.

11  Bender has also advised that events took place in at least three

12  widely separated federal districts, a potential complicating factor

13  of as yet undetermined impact on defense preparation.

14      IT IS ALSO STIPULATED that time for trial under the Speedy

15  Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),

16  Local Code T-4, from March 22, 2012 through May 3, 2012, and that

17  for the reasons stated, granting this continuance outweighs the

18  interests of the public and the defendant in a Speedy Trial.

19      IT IS SO STIPULATED.

20

Dated: March 20, 2012
21                                  Respectfully submitted,

22                                  DANIEL J. BRODERICK
                                    Federal Defender
23
                                    /s/ JEFFREY L. STANIELS
24                                  JEFFREY L. STANIELS
                                    Assistant Federal Defender
25                                  Attorney for Defendant
                                    FELIPE SOLIS
26

27  ///

28  ///

Solis Stip & Order                    -2-

1  Dated: March 20, 2012

2                                    BENJAMIN B. WAGNER
                                     United States Attorney
3
                                      /s/ Richard Bender
4                                    Richard Bender
                                     Assistant U.S. Attorney
5                                    Attorneys for Plaintiff

6

                                 **O R D E R**
7
       The foregoing stipulation of counsel is accepted.  The status
8
conference currently set for March 22, 2012 is hereby VACATED. This
9
matter is ordered te be calendared for status conference on May 3,
10
2012, at 9:00 a.m. on this court's regular criminal calendar.
11
       Time for Trial under the Speedy Trial Act is excluded pursuant
12
to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.  The court finds
13
that the reasons stated constitute good cause for the continuance
14
and that the need therefor outweighs the interests of the public and
15
the defendant in a speedy trial.
16
       **IT IS SO ORDERED.**
17

18

19  Dated: March 28, 2012

20

21                             _____
                               MORRISON C. ENGLAND, JR.
22                             UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Solis Stip & Order                    -3-