```
1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:12-cr-0079 MCE |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONCERNING DISCOVERY MATERIAL** |
| FELIPE SOLIS, | ) |
| Defendant. | ) |

The government is preparing to distribute discovery in the above captioned case. The bulk of the discovery, including the complaint affidavit currently under seal[1], contains witness statements, in one form or another, of persons who are in custody. If the discovery material were to be circulated in the institution where those persons are housed, it would put them at risk of being injured, or at least threatened to be injured, by other inmates at those institutions.

---

[1] The sealing order allows government counsel to give access to the complaint and complaint affidavit to defense counsel as part of the discovery process. The defense has not seen a copy of the affidavit as of the time of this Stipulation.

1

Counsel for the defendant, Jeffrey Staniels, Esq., concurs with this belief.  Mr. Staniels and counsel for the government have had discussions about this issue and have agreed that if the discovery containing the statements is provided, the defense will not allow the defendant (who is in pretrial detention) or any other persons, besides investigators of the Federal Defender's Office, to have copies or access to the discovery.  Further the investigators shall not allow the material, or copies thereof, to be given to any other person.  Finally, this agreement should be put into a protective order so that it would bind not only Mr. Staniels and his investigators, but any other counsel that represents the defendant in the future (whether substituted in the present criminal case, or on appeal, or in collateral attack of any conviction).  Therefore, it is requested that the Court enter the attached protective order in this case.

Dated: March 22, 2012

                                  BENJAMIN B. WAGNER
                                United States Attorney

                                __/s/Richard J. Bender_____
                                By: RICHARD J. BENDER
                                   Asst. U.S. Attorney

Dated: March 22, 2012

                               /s/ Jeffrey L. Staniels (by RJB)
                                  JEFFREY L. STANIELS
                                  Asst. Federal Defender
                              Attorney for Mr. Solis-Sanchez

BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FELIPE SOLIS,<br><br>    Defendant. | CASE NO.  2:12-cr-0079 MCE<br><br>**ORDER CONCERNING DISCOVERY MATERIAL** |

   Upon application of the government and with agreement of counsel for the defense, it is hereby ORDERED that:

   1.  All discovery provided by the government to the defense in this case, including the complaint affidavit presently under seal, shall be kept confidential by the attorneys for the defense and their investigators.  The materials shall not be shown or given to other persons without the written agreement of counsel for the government or further order of court.

   2.  Notwithstanding the above, the discovery can be shown by defense counsel or their investigators to the defendant for his review in their presence.

1

But the defendant shall not be given the material, or copies of the material, to retain.

    3.  Should defense counsel or defense investigators desire to interview the in-custody witnesses, arrangements to conduct the interviews will be made through government counsel and reasonable steps will be taken to protect the disclosure of the inmates witness status to other inmates at the institution.

    4.  This protective order shall apply to present defense counsel and investigators and to any subsequent defense counsel and investigators.  Before any new counsel shall be given the discovery material, new counsel shall be required to sign a copy of this order, acknowledging and agreeing to its provisions.

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2