1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  FELIPE SOLIS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,    ) Case No. 2:12-cr-00079 MCE
12                              )
              Plaintiff,        ) **AMENDED** STIPULATION AND ORDER
13                              ) CONTINUING CASE
        v.                      )
14                              ) Date:  March 22, 2012
   FELIPE SOLIS,                ) Time:  9:00 a.m.
15                              ) Judge: Morrison C. England, Jr.
              Defendant.        )
16                              )
   _____  )
17

18      IT IS HEREBY STIPULATED by and between the United States of

19 America through Richard Bender, Assistant United States Attorney,

20 and FELIPE SOLIS, by and through his counsel, Jeffrey L. Staniels,

21 Assistant Federal Defender, that the status conference in the above

22 captioned case now set for May 3, 2012, be vacated, and that a

23 motions schedule and trial schedule be established as follows:

24 All Pretrial Motions to be Filed by                    **June 1, 2012**

25 All Oppositions to Motions to be Filed by             **June 25, 2012**

26 Any Replies to Motions to be Filed by                  **July 9, 2012**

27 Motions Hearing                                       **July 19, 2012**

28 Trial Confirmation                               **September 13, 2012**

1 Jury Trial **October 29, 2012**

2     This continuance is jointly agreed to order to obtain a trial
3 schedule that is thought to be realistically possible to adhere to
4 assuming no major obstacles to completing preparation are
5 encountered.  The parties will continue to explore alternatives to
6 trial along with investigation and other preparation. Consideration
7 to other work related commitments and counsel's hopes for family
8 time off have also been accounted for in proposing these dates.

9     IT IS ALSO STIPULATED that time for trial under the Speedy
10 Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),
11 Local Code T-4, from May 3, 2012 through October 29, 2012, and that
12 for the reasons stated, granting this continuance outweighs the
13 interests of the public and the defendant in a more speedy trial
14 than proposed.

15     IT IS SO STIPULATED.

16
Dated: May 1, 2012
17                                        Respectfully submitted,

18                                        DANIEL J. BRODERICK
                                       Federal Defender
19
                                       /s/ JEFFREY L. STANIELS
20                                        JEFFREY L. STANIELS
                                       Assistant Federal Defender
21                                        Attorney for Defendant
                                       FELIPE SOLIS
22

23 Dated: May 1, 2012

24                                        BENJAMIN B. WAGNER
                                       United States Attorney
25
                                        /s/ Richard Bender
26                                        Richard Bender
                                       Assistant U.S. Attorney
27                                        Attorneys for Plaintiff

28

**O R D E R**

The foregoing stipulation of counsel is accepted. The status conference currently set for May 3, 2012 is hereby VACATED. The motions and trial schedule set forth above is accepted. The clerk is directed to place this matter on calendar for motions hearing, trial confirmation, and jury trial as set forth in that schedule. In the event that alterations to this schedule are thought to be needed, counsel are directed promptly to meet and confer and to advise the court of any time changes or requests for the same promptly thereafter.

Time for Trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 until October 29, 2012. The court finds that the reasons stated constitute good cause for the continuance and that the need therefor outweighs the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: May 3, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Solis Stip & Order                -3-