BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700



FILED

MAY 2 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FELIPE SOLIS,<br><br>  Defendant. | CASE NO. 2:12-cr-0079 MCE<br><br>**MOTION FOR LEAVE TO ISSUE RULE 17(c) SUPBOENA REQUIRING PRODUCTION OF DOCUMENTS IN ADVANCE OF TRIAL; ORDER** |

The government wishes to obtain prior to trial certain cellular telephone records from Sprint/Nextel which may be introduced at trial. From looking at the cell phone records of other coconspirators, the requested records may be some of the phones used by the defendant during the period of the charged conspiracy and may be admissible evidence at trial. Based on witness information the defendant frequently changed phone numbers and probably used prepaid phones (which don't require authentic subscriber information). Obtaining these records in advance of trial will allow an analysis to determine their relevance, if any.

When trial subpoenas are used to obtain records in advance of trial, Rule 17(c)(1), F.R.Crim.P., anticipates leave of Court before the subpoena issues:

> **(1) In General**. A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court

1

before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

Here, the trial has been scheduled for October 29, 2012, and the proposed subpoena directs that the records (most likely in electronic format) be delivered to the government by June 30, 2012. This will allow the review and analysis of the records. Defense counsel is aware of this request and a copy of the material will be given to defense counsel upon receipt. Therefore it is requested that the government be given leave of Court to issue the attached subpoena.

Dated: May 16, 2012

                                          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/Richard J. Bender
                                        By: RICHARD J. BENDER
                                        Asst. U.S. Attorney

## ORDER

It is so Ordered,
this 10 day of May, 2012

                                        **GREGORY G. HOLLOWS**
                                        GREGORY G. HOLLOWS
                                        U.S. Magistrate Judge