UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>FELIPE SOLIS-SANCHEZ,<br><br>Movant. | No. 2:12-cr-0079 MCE AC P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. See ECF No. 100.

Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file and serve an answer within thirty (30) days after the filing date of this order. See Rule 4, Rules Governing Section 2255 Proceedings. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. See Rule 5, Rules Governing Section 2255 Proceedings.

Movant's traverse, if any, shall be filed and served within thirty (30) days after service of respondent's answer.

////

////

1

1  The Clerk of the Court is directed to serve a copy of this order, together with a copy of
2  movant's motion, on the United States Attorney or his authorized representative.
3  DATED: September 13, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE