UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE SOLIS-SANCHEZ,<br><br>Defendant. | No. 2:12-CR-00079-MCE<br><br><br><br>**ORDER** |

Presently before the Court is Defendant Felipe Solis-Sanchez's Motion for Reconsideration of this Court's Order (ECF No. 113) dismissing his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. That motion is DENIED.

IT IS SO ORDERED.

Dated: July 31, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1