UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FELIPE SOLIS-SANCHEZ,<br><br>    Defendant. | No. 2:12-CR-00079-MCE<br><br>**ORDER** |

Presently before the Court is Defendant Felipe Solis-Sanchez's Motion for Reconsideration (ECF No. 121) of this Court's Order (ECF No. 98) reducing his sentence to 188 months. The motion is DENIED.

IT IS SO ORDERED.

Dated: August 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1