ALEKXIA TORRES STALLINGS
Alekxia Torres Stallings, SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
FELIPE SOLIS SANCHEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0079 MCE |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| FELIPE SOLIS SANCHEZ, | |
| Defendants. | |

The Court has reviewed Defendant Felipe Solis-Sanchez's Ex Parte Application to Seal in which he seeks to have the following documents sealed:  (1) Defendant's Motion to Reduce Sentence; (2) Defendant's Exhibits A, B, C, D, E, F, and G in support of his Motion to Reduce Sentence; (3) Defendant's Request to Seal; and (4) this Court's sealing order.  Pursuant to Local Rule 141(b), and based upon the representations contained in Defendant's Ex Parte Application to Seal, IT IS HEREBY ORDERED THAT Defendant's Motion to Reduce Sentence and Exhibits A, B, C, D, and F shall be SEALED until further notice of this Court and that access to those sealed documents shall be limited to defense counsel and the government.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's Request, sealing Defendant's Motion to Reduce Sentence and Exhibits A, B, C, D, and F serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.  In light of

1 the public filing of its Notice to Seal, the Court further finds that there are no additional
2 alternatives to sealing Defendant's Motion to Reduce Sentence and Exhibits A, B, C, D, and F
3 that would adequately protect the compelling interests identified by Defendant.  With that said,
4 counsel is hereby directed to file redacted versions of those documents on the public docket.

     Defendant's request to seal Exhibits E and G, the Request to Seal, and this Court's sealing order is DENIED.

     IT IS SO ORDERED.

Dated:  October 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE