1 | McGREGOR W. SCOTT
United States Attorney
2 | JASON HITT
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5 |
6 | Attorneys for Plaintiff
United States of America
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            CASE NO.  2:12-CR-00079-MCE

11 |                          Plaintiff,    STIPULATION REGARDING SCHEDULE
                                           FOR DEFENDANT'S MOTION TO REDUCE
12 |                    v.                   SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A);
                                           FINDINGS AND ORDER
13 | FELIPE SOLIS SANCHEZ,

14 |                          Defendant.

15 |

16 |                               **STIPULATION**

17 |        Plaintiff United States of America (the "government"), by and through its counsel of record, and

18 | the defendant, by and through his counsel of record, hereby stipulate as follows:

19 |        1.      The defendant filed a motion for compassionate release on December 4, 2020.  Docket

20 | No. 133.  Pursuant to Local Rule, the government's response is due on December 11, 2020, with any

21 | reply from the defendant due on December 14, 2020.

22 |        2.      Counsel for the government requests additional time to obtain relevant records and draft

23 | the government's response to the defendant's motion.  The defendant does not oppose the government's

24 | request.

25 |        3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

26 | schedule on the defendant's motion as follows:

27 |                a)      The government's response to the defendant's motion to be filed on or before

28 |        December 21, 2020;

STIPULATION RE BRIEFING SCHEDULE                    1

1    b)    The defendant's reply to the government's response to be filed on or before

2    December 28, 2020.

3    IT IS SO STIPULATED.

4

5    Dated:  December 10, 2020                    McGREGOR W. SCOTT
                                                  United States Attorney

6

7                                                 /s/ JASON HITT
                                                  JASON HITT

8                                                 Assistant United States Attorney

9

10   Dated:  December 10, 2020                    /s/ ALEKXIA TORRES STALLINGS
                                                  ALEKXIA TORRES STALLINGS

11                                                Counsel for Defendant
                                                  FELIPE SOLIS SANCHEZ

12

13                            **FINDINGS AND ORDER**

14

15        Based upon the stipulation and representations of the parties, the Court adopts the following as a

     revised briefing schedule regarding the defendant's motion for sentence reduction:

16        a)    The government's response to the defendant's motion, Docket No. 133, is due on or

17   before December 21, 2020;

18        b)    The defendant's reply to the government's response, if any, is due on December 28,

19   2020.

20        IT IS SO ORDERED.

21   Dated:  December 11, 2020

22

23   _____

     MORRISON C. ENGLAND, JR.
24   SENIOR UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION RE BRIEFING SCHEDULE                    2