**LAW OFFICES OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings State Bar No. 296418
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Fax: (661) 326-0915
Email: lextorres@lawtorres.com

Attorney for FELIPE SOLIS-SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE SOLIS-SANCHEZ,<br><br>Defendant. | No. 2:12-cr-00079-KJM-AC-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ALEKXIA TORRES STALLINGS AS ATTORNEY OF RECORD AND ORDER** |

On June 16, 2020, Alekxia Torres Stallings was appointed as counsel to represent Mr. Solis-Sanchez in 2:12-cr-00079-KJM-AC-1. The scope of the appointed representation was to file a Motion for Compassionate Release for Mr. Solis-Sanchez. A ruling denying the motion was issued January 4, 2021. Alekxia Torres Stallings now moves to terminate her appointment under the Criminal Justice Act.

/
//
///

Should Mr. Solis-Sanchez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: April 4, 2023         Respectfully submitted,

/s/*Alekxia Torres Stallings*
Alekxia Torres Stallings
Attorney for Felipe Solis-Sanchez

**ORDER**

Having reviewed the notice and found that attorney Alekxia Torres Stallings has completed the services for which she was appointed, the Court hereby grants attorney Alekxia Torres Stallings' request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Felipe Solis-Sanchez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

**Felipe Solis-Sanchez**
**68391-097**
**USP Atlanta /Unit D**
**P.O. Box 150160**
**Atlanta, GA 30315**

**IT IS SO ORDERED.**

DATED:  April 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE